AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| NATIONAL HOCKEY LEAGUE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cv-03032-PKC |
| JERRY MOYES, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Hockey League                    .

Date:   April 9, 2010                           /s Bradley I. Ruskin
                                              *Attorney's signature*

                                        Bradley I. Ruskin (BR 8489)
                                        *Printed name and bar number*

                                            PROSKAUER ROSE LLP
                                               1585 Broadway
                                            New York, NY  10036
                                                  *Address*

                                          BRuskin@proskauer.com
                                              *E-mail address*

                                               (212) 969-3000
                                             *Telephone number*

                                               (212) 969-2900
                                                *FAX number*