# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:10–cv–03032–PKC

| | |
|---|---|
| National Hockey League v. Moyes et al | Date Filed: 04/08/2010 |
| Assigned to: Judge P. Kevin Castel | Jury Demand: Defendant |
| Case in other court:  State Court–Supreme, 600568–10 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**National Hockey League**    represented by    **Bradley I. Ruskin**
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
212.969.3465
Fax: 212.969.2900
Email: bruskin@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Steve Mordkoff**
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
(212)–969–3831
Fax: (212)–969–2900
Email: dmordkoff@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Dempsey**
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
(212)–969–3917
Fax: (212)–969–2900
Email: pdempsey@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
212.969.3412
Fax: (212)969–2900
Email: Seggers@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jerry Moyes** represented by **Stephen D. Susman**
Susman Godfrey LLP
654 Madison Avenue
5th Floor
New York , NY 10065
212–336–8330
Fax: 212–336–8340
Email: ssusman@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kalpana Srinivasan**
Susman Godfrey LLP(CA)
1901 Avenue of The Stars, Ste 950
Los Angeles , CA 90067
(310) 789–3100
Fax: (310) 789–3150
*ATTORNEY TO BE NOTICED*

**Kyle A. Casazza**
Susman Godfrey LLP(CA)
1901 Avenue of The Stars, Ste 950
Los Angeles , CA 90067
(310) 789–3100
Fax: (310) 789–3150
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca Sol Tinio**
Susman Godfrey, L.L.P.
654 Madison Avenue
Floor 5
New York , NY 10065
(212) 336–8330 x471–8348
Fax: (212) 336–8340
Email: rtinio@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vickie Moyes** represented by **Stephen D. Susman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kalpana Srinivasan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle A. Casazza**
(See above for address)

|   |   |   |   |
|---|---|---|---|
|   |   |   | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   |   |   | **Rebecca Sol Tinio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | | |
|---|---|---|---|
| **The Jerry and Vickie Moyes Family Trust** | | represented by | **Stephen D. Susman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Kalpana Srinivasan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Kyle A. Casazza**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | | **Rebecca Sol Tinio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2010 | Ï 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 600568–10. (Filing Fee $ 350.00, Receipt Number 899671).Document filed by Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust.(mro) (mro). (Entered: 04/09/2010) |
| 04/08/2010 | Ï | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 04/09/2010) |
| 04/08/2010 | Ï | Case Designated ECF. (mro) (Entered: 04/09/2010) |
| 04/08/2010 | Ï 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust.(mro) (mro). (Entered: 04/09/2010) |
| 04/09/2010 | Ï 3 | NOTICE OF APPEARANCE by Bradley I. Ruskin on behalf of National Hockey League (Ruskin, Bradley) (Entered: 04/09/2010) |
| 04/09/2010 | Ï 4 | NOTICE OF APPEARANCE by Scott Arthur Eggers on behalf of National Hockey League (Eggers, Scott) (Entered: 04/09/2010) |
| 04/09/2010 | Ï 5 | NOTICE OF APPEARANCE by Patrick Joseph Dempsey on behalf of National Hockey League (Dempsey, Patrick) (Entered: 04/09/2010) |
| 04/09/2010 | Ï 6 | NOTICE OF APPEARANCE by David Steve Mordkoff on behalf of National Hockey League (Mordkoff, David) (Entered: 04/09/2010) |
| 04/13/2010 | Ï 7 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEARANCE by Rebecca Sol Tinio on behalf of Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust (Tinio, Rebecca) (Entered: 04/13/2010) |
| 04/14/2010 | Ï 8 | DEMAND for Trial by Jury. Document filed by Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust(Susman, Stephen) (Entered: 04/14/2010) |
| 04/14/2010 | Ï 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by National Hockey League.(Ruskin, Bradley) (Entered: 04/14/2010) |
| 04/19/2010 | Ï 10 | STIPULATION AND ORDER, Jerry Moyes answer due 4/30/2010; Vickie Moyes answer due 4/30/2010; The Jerry and Vickie Moyes Family Trust answer due 4/30/2010. (Signed by Judge P. Kevin Castel on 4/16/10) (sac) (Entered: 04/19/2010) |
| 04/20/2010 | Ï 11 | ORDER: Let the parties show cause in writing by 5 pm April 23, 2010 why this action should not be transferred to the United States District Court for the District of Arizona without prejudice to any right any party may have to move to remand. (Signed by Judge P. Kevin Castel on 4/20/2010) (jfe) (Entered: 04/20/2010) |
| 04/21/2010 | Ï 12 | MOTION for Kalpana Srinivasan to Appear Pro Hac Vice. Document filed by Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust.(mro) (Entered: 04/23/2010) |
| 04/21/2010 | Ï 13 | MOTION for Kyle A. Casazza to Appear Pro Hac Vice. Document filed by Jerry Moyes, Vickie Moyes, The Jerry and Vickie Moyes Family Trust.(mro) (Entered: 04/23/2010) |
| 04/23/2010 | Ï 14 | MEMORANDUM OF LAW in Opposition re: 11 Order to Show Cause, Set Deadlines,, *Plaintiff National Hockey League's Memorandum of Law in Opposition to Transfer of This Case to the District of Arizona*. Document filed by National Hockey League. (Ruskin, Bradley) (Entered: 04/23/2010) |
| 04/23/2010 | Ï 15 | DECLARATION of David Zimmerman in Opposition to Transfer of This Case to The District of Arizona in Opposition re: 11 Order to Show Cause, Set Deadlines,,. Document filed by National Hockey League. (Ruskin, Bradley) (Entered: 04/23/2010) |
| 04/23/2010 | Ï 16 | DECLARATION of Alan A. Meda in Opposition re: 11 Order to Show Cause, Set Deadlines,,. Document filed by National Hockey League. (Ruskin, Bradley) (Entered: 04/23/2010) |
| 04/23/2010 | Ï 17 | DECLARATION of Bradley I. Ruskin in Opposition to Transfer of This Case to The District of Arizona in Opposition re: 11 Order to Show Cause, Set Deadlines,,. Document filed by National Hockey League. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Ruskin, Bradley) (Entered: 04/23/2010) |
| 04/26/2010 | Ï 18 | ORDER FOR ADMISSION OF KALPANA SRINIVASAN PRO HAC VICE: granting 12 Motion for Kalpana Srinivasan to Appear Pro Hac Vice. (Signed by Judge P. Kevin Castel on 4/26/2010) (tve) (Entered: 04/26/2010) |
| 04/26/2010 | Ï 19 | ORDER FOR ADMISSION OF KYLE A. CASAZZA PRO HAC VICE: granting 13 Motion for Kyle A. Casazza to Appear Pro Hac Vice. (Signed by Judge P. Kevin Castel on 4/26/2010) (tve) (Entered: 04/26/2010) |
| 04/27/2010 | Ï | |

| | | |
|---|---|---|
| | | CASHIERS OFFICE REMARK on 13 Motion to Appear Pro Hac Vice, 12 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 04/21/2010, Receipt Number 901415. (jd) (Entered: 04/27/2010) |
| 04/30/2010 | Ï 20 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Dismiss. Document filed by Jerry Moyes, Vickie Moyes. (Attachments: # 1 Affidavit Declaration of Rebecca S. Tinio in Support of Defendants' Motion to Dismiss, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Text of Proposed Order Order)(Tinio, Rebecca) Modified on 5/3/2010 (db). (Entered: 04/30/2010) |
| 04/30/2010 | Ï 21 | FILING ERROR – DEFICIENT DOCKET ENTRY – MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss. Document filed by Jerry Moyes, Vickie Moyes. (Tinio, Rebecca) Modified on 5/3/2010 (db). (Entered: 04/30/2010) |
| 04/30/2010 | Ï | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Rebecca Sol Tinio to RE–FILE Document 20 MOTION to Dismiss. ERROR(S): Supporting Documents (Declaration in Support) are filed separately, each getting there own Document #. ***REMINDER*** – First Re–File Motion, then file and link any supporting documents. (db) (Entered: 05/03/2010) |
| 04/30/2010 | Ï | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Rebecca Sol Tinio to RE–FILE Document 21 Memorandum of Law in Support of Motion. ERROR(S): Supporting Documents must be attached to corrected Motion. (db) (Entered: 05/03/2010) |
| 05/03/2010 | Ï 22 | MOTION to Dismiss. Document filed by Jerry Moyes, Vickie Moyes. (Attachments: # 1 Text of Proposed Order Proposed Order)(Tinio, Rebecca) (Entered: 05/03/2010) |
| 05/03/2010 | Ï 23 | DECLARATION of Rebecca S. Tinio in Support re: 22 MOTION to Dismiss.. Document filed by Jerry Moyes, Vickie Moyes. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4)(Tinio, Rebecca) (Entered: 05/03/2010) |
| 05/03/2010 | Ï 24 | MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss.. Document filed by Jerry Moyes, Vickie Moyes. (Tinio, Rebecca) (Entered: 05/03/2010) |
| 05/10/2010 | Ï 25 | MEMORANDUM AND ORDER The relative financial means of the parties is such that it does not tilt in favor of any party. The prejudice to the NHL in having the case heard in the District of Arizona is slight. Pursuant to 28 U.S.C. § 1404 (a), the action is transferred without prejudice to the right of plaintiff to move to remand for lack of subject matter jurisdiction. The Clerk is directed to transfer the action to the District of Arizona and administratively close the docket in this District. SO ORDERED. (Signed by Judge P. Kevin Castel on 5/7/2010) (jmi) (Entered: 05/10/2010) |
| 05/10/2010 | Ï | Transmission to Docket Assistant Clerk. Transmitted re: 25 Order, to the Docket Assistant Clerk for case processing. (jmi) (Entered: 05/10/2010) |
| 05/10/2010 | Ï 26 | MOTION to Remand to State Court *Notice of Motion for Permissive Abstention*. Document filed by National Hockey League.(Ruskin, Bradley) (Entered: 05/10/2010) |
| 05/10/2010 | Ï 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Remand to State Court *Notice of Motion for Permissive Abstention*.. Document filed by National Hockey |

| | | |
|---|---|---|
| | | League. (Ruskin, Bradley) (Entered: 05/10/2010) |
| 05/10/2010 | Ï 28 | DECLARATION of Bradley I. Ruskin, Esq., in Support re: 26 MOTION to Remand to State Court *Notice of Motion for Permissive Abstention*.. Document filed by National Hockey League. (Attachments: # 1 Exhibit 1, # 2 Exhibit A to Exhibit 1, # 3 Exhibit B to Exhibit 1, # 4 Exhibit C to Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6)(Ruskin, Bradley) (Entered: 05/10/2010) |