# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Hockey League, ) | No. CV-10-1036-PHX-GMS |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Jerry Moyes, Vickie Moyes, and The Jerry ) and Vickie Moyes Family Trust, ) | |
| Defendants. ) | |

Defendants removed this action to the Southern District of New York, invoking subject matter jurisdiction under 28 U.S.C. § 1334(b). The Southern District of New York then transferred this case to the District of Arizona, pursuant to 28 U.S.C. § 1404(a). Section 1334(b) provides, in relevant part, that "the district courts shall have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11." Pursuant to General Order 01-15 of this District, "all cases under title 11 and all proceedings under title 11 or arising in or related to a case under title 11" are referred to the "bankruptcy judges for this District."

Upon review of the parties' filings, it appears that the present action is "related to" bankruptcy proceedings pending in the Bankruptcy Court of this District, specifically, *In re Dewey Ranch Hockey, LLC*, No. 09-BK-9488 (Bankr. D. Ariz. 2009), and its associated cases.

1	**IT IS HEREBY ORDERED** setting a hearing before the Honorable G. Murray Snow
2	on **August 27, 2010 at 10:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal
3	Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.
4	**IT IS FURTHER ORDERED** that all parties (1) appear at the above date, time and
5	place to show cause why, under General Order 01-15, this action should not be referred to
6	the United States Bankruptcy Court for the District of Arizona and consolidated with the
7	above mentioned bankruptcy cases; or, (2) in the alternative file a Response with this Court
8	and serve a copy of the filed Response on the opposing parties no later than **August 20,**
9	**2010**.
10	DATED this 23rd day of July, 2010.

_____
G. Murray Snow
United States District Judge