IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

   SEP 16 2015

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

National Hockey League,

    Plaintiff(s)/Petitioner(s),

vs.

Jerry Moyes, Vickie Moyes and the Jerry & Vickie Moyes Family Trust,

    Defendant(s)/Respondent(s)

CASE NO: 10-cv-01036-GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Martin J. Bienenstock, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff, National Hockey League.

**City and State of Principal Residence:** Katonah, NY
**Firm Name:** Proskauer Rose, LLP
**Address:** Eleven Times Square    **Suite:**
**City:** New York    **State:** NY    **Zip:** 10036-8299
**Firm/Business Phone:** (212) 969-4530
**Firm Fax Phone:** (212) 969-2900    **E-mail Address:** mbienenstock@proskauer.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| (please see attached addendum) | | ☑ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

*Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

09/14/2015
**Date**
Fee Receipt # PHX 162892

**Signature of Applicant**

(Rev. 04/12)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL HOCKEY LEAGUE,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY MOYES, VICKIE MOYES, and THE JERRY MOYES AND VICKIE MOYES FAMILY TRUST,<br><br>    Defendants. | Case No. 2:10-cv-01036-GMS<br><br>ADDENDUM TO APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE PURSUANT TO LRCIV 83.1(b)(3) |

I, Martin Bienenstock, am a member in good standing of the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| U.S. District Court, Southern District of New York | February 28, 1978 | Yes |
| U.S. District Court, Eastern District of New York | May 21, 1990 | Yes |
| U.S. Supreme Court | August 21, 1987 | Yes |
| U.S. District Court, Northern District Texas | October 5, 1988 | Yes |
| U.S. Court of Appeals, First Circuit | March 16, 2015 | Yes |
| U.S. Court of Appeals, Second Circuit | February 21, 1978 | Yes |
| U.S. Court of Appeals, Fifth Circuit | August 7, 1989 | Yes |
| U.S. Court of Appeals, Sixth Circuit | October 4, 1995 | Yes |
| New York State Courts | January 30, 1978 | Yes |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of September, 2015 in New York, NY

By _____
Martin Bienenstock
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10336-8299
mbienenstock@proskauer.com

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **MARTIN J. BIENENSTOCK**     </u>, Bar # <u>     **MB3001**     </u>

was duly admitted to practice in this Court on

<u>     **FEBRUARY 28th, 1978**     </u>, and is in good standing as a member of the Bar of this Court.

        500 Pearl Street
Dated at <u>New York, New York</u>    on    <u>     **SEPTEMBER 15th, 2015**     </u>

<u>     Ruby J. Krajick     </u>      by <u>  /s/ signature  </u>
         Clerk                                 Deputy Clerk