# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Hockey League,<br><br>            Plaintiff,<br><br>v.<br><br>Jerry Moyes, et al.,<br><br>           Defendants. | No. CV-10-01036-PHX-GMS<br><br>**ORDER** |

Based upon the parties' Stipulation Of Dismissal With Prejudice And Request For The Court To Retain Jurisdiction To Enforce A Settlement Agreement (Doc. 191), and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this action is hereby dismissed with prejudice pursuant to the Settlement Agreement executed by the parties (the "Settlement Agreement").

**IT IS FURTHER ORDERED** that the parties to this action shall each bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement.

Dated this 20th day of April, 2016.

*[signature]*

Honorable G. Murray Snow
United States District Judge